UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KNIGHT FRANCHISE SYSTEMS, INC.**, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**JAI BAL KISHAN**, a Georgia Corporation and **BIPIN M. PATEL**, an individual,<br><br>Defendants. | Civ. No. 11-928 (WJM)<br><br><br>**JUDGMENT** |

This matter comes before the Court on Plaintiff's motion for default judgment as against Defendant Jai Bal Kishan, Inc.[1] pursuant to Fed. R. Civ. P. 55(b)(2); and the Complaint having been served by Plaintiff upon Defendant Jai Bal Kishan, Inc. on March 17, 2011; and the time for Defendant to answer or otherwise respond to the Complaint having expired; and Defendant having failed to file an answer to the Complaint; and it appearing that default was entered by the Clerk of the Court against Defendant on April 25, 2011 for its failure to plead or otherwise defend in this action; and Plaintiff having provided Defendant with notice of the instant motion for default judgment and all supporting documentation; and Defendant having failed to oppose the instant motion for default judgment; and the Court having reviewed Plaintiff's submissions; and the Court noting that Plaintiff's submissions support the amount of

---

[1] On August 17, 2011, Plaintiff voluntarily dismissed Defendant Bipin M. Patel from this matter.

damages claimed; and for good cause appearing,

**IT IS** on this 22nd day of September 2011, hereby,

**ORDERED** that final judgment is entered on Counts One through Six of the Complaint in favor of Plaintiff Knights Franchise Systems, Inc. and against Defendant Jai Bal Kishan, Inc., in the total amount of $177,526.06, comprised of the following:

(a) $47,227.56 for recurring fees (principal plus prejudgment interest); and

(b) $125,298.50 for liquidated damages (principal plus prejudgment interest); and

(c) $5,000.00 for attorneys' fees; and it is

**FURTHER ORDERED** that, to be entitled to costs, Plaintiff must submit an affidavit to this court within thirty (30) days establishing its costs pursuant to Local Civ. R. 54.1.

  s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**